**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ALLEN MOURE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No.: 3:22-cv-00625-OAW<br><br><br><br><br><br><br><br>Dated: December 9, 2022 |

**JOINT MOTION FOR ENTRY OF STIPULATED SCHEDULING ORDER AND NOTICE OF SETTLEMENT**

Plaintiff Allen Moure ("Plaintiff") and Defendant DialAmerica Marketing, Inc. ("DialAmerica" or "Defendant") hereby jointly move this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for entry of a stipulated scheduling order as follows:

1. On July 11, 2022, Defendant filed its Motion to Dismiss (the "Motion"). (ECF No. 18).

2. On July 20, 2022, the Parties jointly requested this Court to stay the proceedings pending private mediation. (ECF No. 21).

3. On July 21, 2022, in response to the joint motion, the Court issued an order staying all discovery until October 20, 2022 and setting a deadline for Plaintiff to respond to the pending motion to dismiss of November 18, 2022. (ECF No. 22).

4. On November 2, 2022, the Parties participated in an initial all-day mediation session but despite best efforts, the case did not settle.

5. On November 17, 2022, the Parties requested an additional 21-day extension to respond to the pending Motion and reset the deadline for Plaintiff to respond to December 9, 2022. (ECF No. 32).

6. On November 23, 2022, the Court issued a ruling setting a deadline of December 9, 2022, for Plaintiff to respond to the Motion and requesting, *inter alia*, to submit a jointly proposed scheduling order. (ECF No. 34).

7. The Parties continued their settlement discussions following mediation and are pleased to inform the Court that they have now agreed to a settlement in principle to resolve the litigation.

8. Although the parties have agreed to settle the claims in the litigation and have reached agreement on the terms of the settlement, they require time to draft and finalize the detailed settlement agreement, and to prepare and file a motion for preliminary approval of class action settlement pursuant to Fed. R. Civ. P. Rule 23.

9. Given the upcoming holidays, the Parties have agreed that 60 days is a reasonable time frame to draft, finalize, and obtain all necessary client approvals for the detailed settlement agreement, and to draft, finalize, and file the motion for preliminary approval of class action settlement.

10. WHEREFORE, in light of the foregoing, the parties hereby move and respectfully request that the Court enter the following stipulated scheduling order:

a. The parties' Motion for Preliminary Approval of Settlement and Settlement Agreement shall be filed on or before February 8, 2023.

b. All other case management deadlines shall be stayed pending the filing of the motion for preliminary approval.

c.  Defendant's pending motion to dismiss shall be held in abeyance pending the filing of the motion for preliminary approval, and shall be denied without prejudice as moot upon the entry of a preliminary approval order in this case.

SO STIPULATED AND AGREED:

Dated:  December 9, 2022               Respectfully Submitted,

                                       By:   */s/ Joseph Guglielmo*
                                             Joseph P. Guglielmo (ct27481)
                                             Anja Rusi (ct30686)
                                             Scott + Scott, Attorneys at Law, LLP
                                             The Helmsley Building
                                             230 Park Avenue, 17th Floor
                                             New York, NY 10169
                                             212-223-6444
                                             212-223-6334 (fax)
                                             jguglielmo@scott-scott.com
                                             arusi@scott-scott.com

                                             Gary M. Klinger (*pro hac vice*)
                                             **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
                                             227 W. Monroe Street, Ste. 2100
                                             Chicago, IL 60606
                                             Telephone: (866) 252-0878
                                             gklinger@milberg.com

                                             Terence R. Coates (*pro hac vice* forthcoming)
                                             **MARKOVITS, STOCK & DEMARCO, LLC**
                                             3825 Edwards Road, Suite 650
                                             Cincinnati, OH 45209
                                             Telephone: (513) 651-3700
                                             Facsimile: (513) 665-0219
                                             tcoates@msdlegal.com

                                             COUNSEL FOR PLAINTIFF

-4-

By: */s/ Richard M. Dighello, Esq.*
RICHARD M. DIGHELLO, ESQ.
Federal Bar No. ct17521
**UPDIKE, KELLY & SPELLACY, PC**
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103-1516
Tel. 860-548-2600
Fax. 860-548-2680
ridghello@uks.com

Claudia D. McCarron (*pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4787
Fax: (267) 930-4771
cmccarron@mullen.law

COUNSEL FOR DEFENDANT
DIALAMERICA MARKETING, INC

-5-

## CERTIFICATION OF SERVICE

       I hereby certify that on the 9th day of December 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     */s/ Joseph Guglielmo*
                                                   Joseph P. Guglielmo