IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------ X

**ALLEN MOURE**, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

**DIALAMERICA MARKETING, INC.**,
                Defendant.

Case No.: 3:22-cv-00625-OAW

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

------------------------------------------------------------ X

Plaintiff Allen Moure, individually and on behalf of others similarly situated ("Plaintiff"), hereby moves this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Defendant, DialAmerica Marketing, Inc. ("Defendant") and the attachments thereto, including the Claim Form, Short Form Notice, Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, filed herewith in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Allen Moure, Daniel Blanco, and Rafael Blanco as Class Representatives;

4. Appoint Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Terence R. Coates of Markovits, Stock & Demarco, LLC, and William B. Federman of Federman and Sherwood as Class Counsel;

5.	Approve a customary short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6.	Approve a customary long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit C to the Settlement Agreement;

7.	Direct notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits B and C thereto;

8.	Appoint Angeion Group LLC as Notice Specialist and Claims Administrator;

9.	Approve the use of a claim form ("Claim Form") substantially similar to that attached as Exhibit A to the Settlement Agreement; and

10.	Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of this Motion, filed herewith; (3) the Declaration of Gary Klinger, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including the Short Form Notices and Long Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: February 8, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Gary Klinger*
Gary M. Klinger (admitted *pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Phone: (866) 252 - 0878
gklinger@milberg.com

Terrence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Suite 530
Cincinatti, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Joseph P. Guglielmo (CT 27481)
Erin Green Comite (CT 24886)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jguglielmo@scott-scott.com
ecomite@scott-scott.com

*Attorneys for Plaintiff and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                      */s/ Gary M. Klinger*
                                                    Gary M. Klinger