# **EXHIBIT 4**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

Allen Moure, individually and on behalf of all
Others similarly situated**,**

                                Plaintiffs,
v.                                                                                 Case No.: 3:22-CV-00625-OAW
DialAmerica Marketing, Inc.
                                Defendant.

                                                                                 **DECLARATION OF**
                                                                                 **WILLIAM B. FEDERMAN**

I, William B. Federman, declare as follows:

1.        I am the founder and managing member of the law firm of Federman & Sherwood.

I am a member in good standing of the bars of the States of Oklahoma, Texas, and New York, as

well as the District of Columbia. I am also admitted to numerous federal courts including the

Western District of Oklahoma, the Tenth Circuit Court of Appeals, and the United States Supreme

Court.

2.        I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion

For Preliminary Approval of Class Action. I have personal knowledge of the facts set forth in this

declaration and could testify to them if called upon to do so.

3.        Federman & Sherwood along with Murphy Law Firm and Fell Law, P.C., are

counsel (the "State Attorneys") for the Plaintiffs in a parallel class action to this action filed in the

Superior Court of the State of California (County of San Diego – Complex Division), Case No.:

37-2022-00021920-CU-BC-CTL (the "State Action"). The State Action was stayed by agreement

of the Parties. I have made an appearance and filed a Motion to appear pro hac in this action. The

State Attorneys meaningfully prosecuted the State Action prior to its stay and assisted the Milberg

Coleman law firm during the prosecution of this action, including: interviewing and following up with potential witnesses, working with the plaintiffs in the State Action, conducting background investigation, preparing pleadings (including a well-researched and detailed complaint), researching applicable law to respond to various motions filed by defendant in the State Action before it was stayed in deference to prosecution in this court, preparing for and attending the mediation which led to the proposed settlement, participating in follow-up negotiations following the mediation, and assisting in preparation of the various documents required to have the proposed settlement approved including the Term Sheet and formal Settlement Agreement.

4.      The proposed Settlement provides substantial benefits to the Settlement Class, including significant monetary benefits, extensive identity theft protection and credit monitoring, and meaningful injunctive relief in the form of enhanced data security measures to be implemented by DialAmerica to better protect the PII of the Settlement Class going forward.

5.      The proposed Settlement was agreed to following extensive arm's-length settlement discussions between the Parties, including a full-day mediation session assisted by highly respected JAMS mediator Hon. Wayne R. Andersen, as well as multiple subsequent phone calls, emails, and information exchanges, which spanned over the course of several weeks.

6.      It is my opinion that the Settlement is fair, reasonable, and adequate considering the significant benefits to the Settlement Class as well as the risks and delays attendant to further protracted litigation.  This view is informed by my decades of work litigating complex actions. Indeed, my firm has extensive experience in the successful litigation of class actions, including data breach class actions.

7.      Federman & Sherwood is one of the leading boutique AV rated investor and plaintiff complex litigation law firms in the country. With offices in Oklahoma City and Dallas,

the firm litigates data breach, securities, shareholder derivative, and consumer class action lawsuits throughout the country. The firm's AV Martindale-Hubble rating, and participation in forums sponsored by various organizations including the American Bar Association, the Securities Industry Association, the Oklahoma, Oklahoma County and Houston Bar Associations demonstrate its commitment to legal ethics and support of the legal profession.

8.      Federman & Sherwood has served as lead or co-lead counsel in consumer class actions in both state and federal courts. For example, the firm was appointed lead counsel in *McFarlane, et al., v. Altice USA, Inc.*, (USDC Southern District of New York); *Poling, et al. v. Artech, LLC*, (USDC Northern District of California); *Palumbo, et al. v. AT&T Services, Inc.*, (USDC Northern District of Texas); *In re: Brinker Data Incident Litigation*, (USDC Middle District of Florida); *Cochran, et al. v. Burgerville, LLC*, (Circuit Court of Oregon, County of Multnomah); *Doughty, et al, v. CentralSquare Technologies, LLC*, (USDC Western District of Oklahoma); *Podroykin, et al. v. Christie Business Holdings Company P.C.*, (USDC Central District of Illinois); *Mirakay, et al. v. Dakota Growers Pasta Company, Inc*., (USDC District of New Jersey); *Powers, et al. v. Filters Fast, LLC*, (USDC Western District of Wisconsin); *Perdue, et al. v. Hy-Vee, Inc*., (USDC Central District of Illinois); *Tilleman, et al. v. LeafFilter North, LLC*, (USDC Western District of Texas); *Koenig, et al. v. Lime Crime, Inc.*, (USDC Central District of California); *In re: Medical Review Institute of America, LLC, Data Breach Litigation*, (USDC District of Utah); *In re: Mednax Services, Inc., Customer Data Security Breach Litigation* (USDC Southern District of Florida); *Hogsed, et al. v. PracticeMax, Inc.*, (USDC District of Arizona); *Dusterhoft, et al. v. OneTouchPoint,* (USDC Eastern District of Wisconsin); *Hellyer, et al. v. Smile Brands Inc.*, (USDC Central District of California); *Tanner, et al. v. Snap Finance LLC,* (USDC District of Utah); *In re: Solara Medical Supplies Data Breach Litigation,* (USDC Southern District

of California); *Bahnmaier, et al. v. Wichita State University,* (USDC District of Kansas); and

*Johnson, et al. v. Yuma Regional Medical,* (USDC District of Arizona);; *In re: Sonic Data Breach*

*Customer Data Breach Litigation*, a consumer class action recently settled in the United States

District Court for the Northern District of Ohio, Eastern Division at Cleveland (Hon. James S.

Gwin)(consolidated action); *In re: Samsung Top-Load Washing Machine Marketing, Sales*

*Practices, and Product Liability Litigation*, a consumer class action settled in the Western District

of Oklahoma (Hon. Timothy D. DeGuisti); *In Re Canon Inkjet Printer Litigation*, a consumer class

action which settled in 2016 in the United States District Court for the Eastern District of New

York (Hon. Leonard D. Wexler) (consolidated action); Dakota Growers Pasta Company, Inc., *In*

*re: Mirakay, et al. v. Dakota Growers Pasta Company,* (USDC District of New Jersey) over

132,769 approved claims were filed utilizing an efficient and at that time state of the art online

claims process and direct mail to consumers. Federman & Sherwood further served on the

Plaintiffs' Steering Committee in the multi-district data breach litigation against Home Depot, Inc.

in *In re: The Home Depot, Inc. Customer Data Security Breach Litigation* (USDC Northern

District of Georgia). The firm has also served as lead or co-lead counsel in over 100 class action

data breach cases, shareholder derivative cases and securities class actions and has tried both jury

and non-jury cases in numerous federal and state courts and arbitrations from California to New

York (including cases in Texas, Florida, Utah, Oklahoma, Kansas, Colorado, New York, Nevada,

California, Louisiana, Arkansas, Illinois, Missouri, Oregon, Washington, and Ohio) as well as

having served as coordinating or supervising counsel for clients facing multi-jurisdictional

litigation.

       9.     Federman & Sherwood scored a resounding victory in the United States Court of

Appeals for the Fifth Circuit in *Spitzberg v. Houston American Energy, Corp.*, 758 F.3d 676 (5th

Cir. 2014). The firm, as lead counsel represented investors in a securities class action against

Houston American Energy Corporation and several of its officers and directors for misrepresenting

the company's assets and value of its oil-and-gas concession in South America. The United States

District Court for the Southern District of Texas dismissed the case for failure to state a claim. The

firm appealed to the Fifth Circuit Court of Appeals and Mr. Federman successfully argued to

Circuit Judges W. Eugene Davis, Jennifer Walker Elrod, and Gregg J. Costa successfully

establishing pleading guidelines for subsequent oil and gas fraud cases. The case was remanded to

the district court and was eventually settled. Additional appellate victories by Federman &

Sherwood include *Cutler, et al. v. Kirchner, et al.* (9th Cir.), *In re: Samsung Top-Load* (10th Cir.),

*Nakkhumpun, et al. v. Taylor, et al.* (10th Cir.), *In re: Sony Corp. SXRD* (2d Cir.).

      10.     Numerous courts have favorably commented on Federman & Sherwood's and my

abilities in prosecuting complex cases. I served as co-lead and liaison counsel in *Mobbs, et al. v.*

*Farmers Insurance Co., Inc.*, U.S.D.C. Western District of Oklahoma Case, No. CV-03-158 (Friot,

J.). The Court, in approving a proposed settlement, stated:

> Finally, let me applaud the efforts of counsel to get it litigated—to get it not only litigated but mediated and resolved subject to court approval. It did take a fair amount of work, not only to litigate the matter and do the discovery, do the briefing, and the argument and case management that had to be done, but it took a fair amount of good professional judgment to also get it settled.
>
> And up until I approved the settlement a few minutes ago, it was a case that presented, in my view, very substantial risk for both sides, and I certainly do applaud the efforts of settlement—the efforts of counsel in crafting the settlement that was reached. Which I, as I have said, am well satisfied is fair, just, and reasonable settlement for the unnamed class members as well as the representative plaintiffs.

11.     In *Serle v. Aviv*, U.S.D.C. District of New Jersey Case No. 05-CV-862 (Hayden,

K.), in approving a settlement of a derivative action brought on behalf of Pharmos Corp., the Hon.

Katherine S. Hayden complemented the work of Federman & Sherwood. The Judge stated:

> [a]nd based on the argument that I heard today and the paperwork
> submitted, I am satisfied that the proposed settlement is fair,
> reasonable and adequate to the corporation and to its shareholders.
> The benefits flowing to the company by way of improvements to its
> corporate governance and the presence of skilled attorneys….And I
> think something that Mr. Federman point out, the company has its
> own personality and to that extent couldn't simply be subjected to a
> cookie cutter repetition of agreements that might be reached with a
> larger company. In other words, this is tailored very specifically to
> the needs of the company.

12.     I have been a  member of the Oklahoma Bar Association since 1982 (Boston

University, BA, 1979, and University of Tulsa, JD, 1982) and have lectured extensively over the

course of my career on various complex litigation topics including:  "Class Actions, New Rules

and Data Breach Cases," 40th Annual OCBA Winter Seminar", 2019; "A Case Study of Ethical

Issues in Complex Litigation and Trends in Class Certification," 39th Annual OCBA Winter

Seminar, 2018; "Talkin' About Insurance Coverage and Complex Litigation: What Every Lawyer

and Client Should Know," presented by the 38th Annual OCBA Winter Seminar, 2017; "Securities

Litigation: Using Data to Make the Case," presented by Bloomberg BNA, 2016; "The Changing

Landscape for Prosecution of Financial Claims Involving Insolvent Companies," presented at the

37th Annual OCBA Winter Seminar, 2016; "Current Status of Securities Class Actions: Where

are the Court Taking Us?," presented by the Houston Bar Association at the Securities Litigation

and Arbitration Annual Meeting, 2014; "Class & Derivative Actions and Securities Litigation,"

presented by the Business and Corporate Litigation Committee at the 2013 Annual Meeting of the

American Bar Association; "Inside a Disclosure Crisis," presented by the Northwest Securities

Institute in conjunction with the Washington Bar Association at its 30th Annual Meeting;

"Managing Directors' Liability," presented by the 3rd Annual Energy Industry Directors' Conference, sponsored by Rice University; "Executive Liability - 2009 D & O Market Trends," seminar hosted by Chartis Insurance; "Litigation and Employment Law Update," seminar presented by the Securities Industry Association, Compliance and Legal Division; "Derivative Actions and Protecting the Corporation: Critical Issues in Today's Banking," seminar presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; "Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?" seminar presented by the Oklahoma Bar Association; "The Attorney and Accountant as Targets in Failed Financial Institution Litigation," seminar presented by the American Bar Association Trial Practice Committee; "Effective Arbitration in the 1990's: Adapting to Build a Successful Practice," seminar presented by the OCBA; "Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From ALL Perspectives," seminar presented by the American Bar Association Litigation Section at its Annual Meeting; and "Stockbroker Litigation and Arbitration," seminar presented by the Securities Arbitration Institute.

13.     In addition, I am the published author of "Who's Minding the Store: The Corporate Attorney-Client Privilege", 52 O.B.J. 1244, 1981; "Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings", 11 Sec. Reg. L.J. 135, 1983; and "Capitalism and Reality Meet in the Courts. . .Finally", 59 O.B.J. 3537, 1987.

14.     I have been appointed by and currently serve as a Special Master for the District Court of Oklahoma County (Access Financial Group, Inc. v. McGuire, et al., Case No. CJ-2020-2542)(Andrews, J.); was a member of the Arbitration Panel, New York Stock Exchange (1985 – 1995); am a member of the Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); the Oklahoma (Committee on Professional Ethics, 2019-present),

Texas, and New York Bar Associations; the American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; the Securities Industry Association (Law and Compliance Division); the Defense Research Institute; American Inns of Court (Barrister, 1990-1993); Martindale-Hubble (peer review rating of AV Preeminent in both ethical standards and legal ability); and the Litigation Counsel of America (Trial Lawyer and Appellate Lawyer Honorary Society).

15.     I was recognized in 2020 by the Oklahoma City chapter of the Federal Bar Association for my pro bono work representing an incarcerated Muslim who was repeatedly denied access to Halal food; obtained a judgment after trial on behalf of a 93-year old widow whose long-term financial advisor defrauded her; and most recently successfully represented the family of a sixteen-year-old boy who was shot to death by a police officer.  I was defeated the officer's claim of qualified immunity, successfully defended the denial on appeal to the Tenth Circuit and was able to successfully argue that the Oklahoma State Bureau of Investigation ("OSBI") report concluding the shooting was justifiable should be excluded from evidence due to its being untrustworthy based on one of the investigating agents being a close friend of the officer and the OSBI allowing the officer's attorney to ask leading questions of the officer during the OSBI interview and the OSBI relying on the officer's answers to support its conclusion that the shooting was justifiable. The case settled less than three weeks prior to the scheduled trial. now leading the effort to have the OSBI reform its investigatory procedures and implement a conflict of interest mandate for agents, which, as unbelievable as it seems, the OSBI does not have.

16.     All Plaintiffs' counsel have worked to efficiently and successfully prosecute this action in Connecticut including working cooperatively for litigation strategies and pleadings.

8

17.     A select list of cases where I have served or am serving as lead or co-lead counsel is attached hereto as Exhibit 1. An up-to-date copy of Federman & Sherwood's firm resume is attached hereto as Exhibit 2.

18.     I declare under penalty of perjury of the laws of Oklahoma and the United States that the foregoing is true and correct, and that this declaration was executed on February 6, 2023.

/s/ William B. Federman
William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:   405-239-2112
wbf@federmanlaw.com

# EXHIBIT 1

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| SHAREHOLDER DERIVATIVE CASES | COURT |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| American Superconductor Corporation | Superior Court, Commonwealth of Massachusetts |
| Antares Pharma, Inc. | USDC District of New Jersey |
| Arrowhead Research Corporation | Superior Court, State of California, County of Los Angeles |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court of the State of Delaware |
| Cell Therapeutics, Inc. | USDC Western District of Washington |
| Computer Associates | USDC Eastern District of New York |
| Delcath Systems, Inc. | USDC Southern District of New York |
| Dendreon Corporation | USDC Western District of Washington |
| Digital Turbine, Inc. | USDC Western District of Texas |
| Doral Financial Corporation | USDC Southern District of New York |
| Dynavax Technologies Corporation | Superior Court of the State of California; county of Alameda |
| First BanCorp. | USDC District of Puerto Rico |
| Flowers Foods, Inc. | USDC Middle District of Georgia |
| Genta, Inc. | USDC District of New Jersey |
| GMX Resources, Inc. | District Court of Oklahoma County, Oklahoma |
| Great Lakes Dredge & Dock Corporation | Circuit Court of Illinois, Dupage County Chancery Division |
| Host America Corporation | USDC District of Connecticut |
| Motricity Inc. | USDC Western District of Washington |
| NutraCea | Superior Court of Maricopa County, Arizona |
| Nuverra Environmental Solutions, Inc. | Superior Court of Maricopa County, Arizona |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Seitel, Inc. | USDC Southern District of Texas |
| Spectrum Pharmaceuticals, Inc. | USDC District of Nevada |
| The Spectranetics Corporation | USDC District of Colorado |
| ValueClick, Inc. | USDC Central District of California |
| Zix Corporation | USDC Northern District of Texas |
| **SECURITIES CLASS ACTIONS** | |
| Amyris, Inc. | USDC, Northern District of California |
| Bellicum Pharmaceuticals, Inc. | USDC Southern District of Texas |
| Broadwind Energy, Inc. | USDC Northern District of Illinois |
| China Valves Technology, Inc. | USDC Southern District of New York |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Delta Petroleum, Inc. | USDC District of Colorado |
| Direxion Shares ETF Trust | USDC Southern District of New York |
| Ener1, Inc. | USDC Southern District of New York |
| Exide Technologies | USDC Central District of California |
| Galena Biopharma, Inc. | USDC, District of New Jersey |
| Houston American Energy Corp. | USDC Southern District of Texas |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| IZEA, Inc. | USDC Central District of California |
| Motive, Inc. | USDC Western District of Texas |
| Quest Energy Partners LP | USDC Western District of Oklahoma |
| Secure Computing Corporation | USDC Northern District of California |
| Superconductor Technologies, Inc. | USDC Central District of California |
| UTi Worldwide, Inc. | USDC Central District of California |
| Unistar Financial Service Corp. | USDC Northern District of Texas |
| **MDL PROCEEDINGS** | |
| In re: Anthem, Inc. (Data Breach–Participating Counsel) | USDC, Northern District of California |
| In re: Equifax, Inc. (Data Breach–Participating Counsel) | USDC Northern District of Georgia |
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma |
| In re: Home Depot, Inc. (Executive Committee) | USDC Northern District of Georgia |
| In re: Mednax Services Inc. (Data Breach – Co-Lead Counsel) | USDC Southern District of Florida |
| In re: Premera Blue Cross (Data Breach–Participating Counsel) | USC, District of Oregon |
| In re: Samsung Electronics America, Inc. | USDC Western District of Oklahoma |
| In re: Sonic Corp. | USDC Northern District of Ohio |
| **DEAL CASES (MERGERS)** | |
| Easylink Services International Corp. | Superior Court of Gwinnett County, Georgia |
| Genon Energy, Inc. | Chancery Court of the State of Delaware |
| Lawson Software, Inc. | Chancery Court of the State of Delaware |
| Network Engines, Inc. | Chancery Court of the State of Delaware |
| Paetec Holding Corp. Shareholder Litig. | Chancery Court of the State of Delaware |
| Williams Pipeline Partners, L.P. | District Court of Tulsa County, Oklahoma |
| Xeta Technologies, Inc. | District Court of Tulsa County, Oklahoma |
| **ERISA LITIGATION** | |
| Winn-Dixie Stores | USDC Middle District of Florida |

| CONSUMER CLASS ACTIONS | |
|---|---|
| Altice USA, Inc. (Data Breach) | USDC Southern District of New York |
| Artech, LLC (Data Breach) | USDC Northern District of California |
| AT&T Services Inc. (Class Action) | USDC Northern District of Texas |
| Brinker International, Inc. (Chili's) (Data Breach) | USDC Middle District of Florida |
| Burgerville, LLC (Data Breach) | Circuit Court, State of Oregon, Multnomah County |
| CentralSquare Technologies, LLC (Data Breach) | USDC Southern District of Florida |
| Christie Business Holdings Company PC (Data Breach) | USDC Central District of Illinois |
| Dakota Growers Pasta Company, Inc. (Food Mislabeling) | USDC District of Minnesota/District of New Jersey |
| Filters Fast, LLC (Data Breach) | USDC Western District of Wisconsin |
| Hy-Vee, Inc. (Data Breach) | USDC Central District of Illinois |
| LeafFilterNorth, LLC/LeafFilter North of Texas, LLC (Data Breach) | USDC Western District of Texas |
| Lime Crime, Inc. (Data Breach) | USDC Central District of California |
| Medical Review Institute of America, LLC (Data Breach) | USDC District of Utah |
| Mednax Services, Inc. (Data Breach) | USDC Southern District of Florida |
| PracticeMax (Data Breach) | USDC District of Arizona |
| OneTouchPoint | USDC Eastern District of Wisconsin |
| Smile Brands (Data Breach) | USDC Central District of California |
| Snap Finance (DataBreach) | USDC District of Utah |
| Solara Medical Supplies, LLC (Data Breach) | USDC Southern District of California |
| Wichita State University (Data Breach) | USDC District of Kansas |
| Yuma Regional Medical Center | USDC District of Arizona |