## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLEN MOURE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>DIALAMERICA MARKETING, INC.<br><br>      Defendant. | Case No. 3:22-cv-00625-OAW<br><br>July 11, 2022 |

## JOINT MOTION FOR STATUS

Plaintiff Allen Moure ("Plaintiff") and Defendant DialAmerica Marketing, Inc. ("DialAmerica"), by and through their undersigned counsel, respectfully move this Court for an order reporting the status of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 41).

The unopposed motion was filed on February 8, 2023 and has now been pending for a year.

A California state court has stayed two actions pending before it and is waiting for this Court to rule on the unopposed motion. *See Daniel Blanco and Rafael Blanco, individually and on behalf of all others similarly situated v. DialAmerica Marketing, Inc.*, Case No. 38-2022-00021290-CU-BC-CTL (Cal Super. Ct, San Diego Cty.); and *Shelia Edwards, individually and on behalf of all others similarly situated v. DialAmerica Marketing, Inc., et al.*, Case No. 37-2022-00034352-CU-NP-CTL (Cal. Super. Ct., San Diego Cty.).

Resolution of this unopposed motion—either by granting or denying the motion—will materially affect the rights of the approximately 214,000 putative class members who stand to receive a substantial benefit from this proposed settlement that provides for more than $2 million of relief.

WHEREFORE, the Parties respectfully request that this Honorable Court GRANT the

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and enter an

order reporting the status of the pending motion.

Dated: February 9, 2024

<div style="margin-left:40%">

/s/ Gary M. Klinger

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
*gklinger@masonllp.com*

Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Cincinnati, OH 45202
Phone: (405) 235-1560
Fax: (405) 239-2112
*wbf@federmanlaw.com*

Joseph P. Guglielmo (CT 27481)
Erin Green Comite (CT 24886)
**SCOTT+SCOTT ATTORENYS AT LAW**
156 S. Main St., P.O. Box. 192
Colchester, CT 06415
Phone: (860) 537-5537
Fax: (860) 537-4432
*jguglielmo@scott-scott.com*
*ecomite@scott-scott.com*

***Attorneys for Plaintiff and Proposed  Class***

</div>

_/s/ Claudia D. McCarron_
Claudia D. McCarron (admitted _pro hac vice_)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4787
Fax: (267) 930-4771
cmccarron@mullen.law

Richard M. Dighello, Esq.
**UPDIKE, KELLY & SPELLACY, PC**
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103-1516
Tel. 860-548-2600
Fax. 860-548-2680
rdighello@uks.com


**_Counsel for Defendant_**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on February 9, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

<div align="right">

*/s/ Gary M. Klinger*
Gary M. Klinger

</div>