UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLEN MOURE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No. 3:22-CV-00625-OAW<br><br>CONSENT MOTION TO RESCHEDULE FINAL APPROVAL HEARING DATE |

      Plaintiff Allen Moure ("Plaintiff") and Defendant DialAmerica Marketing, Inc. ("DialAmerica" or "Defendant") hereby jointly move this Court reschedule the final approval hearing in this case, and as grounds, show the Court as follows:

      1.      The Court granted preliminary approval of this class action settlement on April 1, 2024. Doc. 48.

      2.      In the Court's preliminary approval order, the Court set the final approval hearing for May 28, 2024, at 10:00. Doc. 48 at Page 17.

      3.      While the Parties appreciate the Court's willingness to move this case towards final approval quickly, this final approval hearing date is too early to allow for Class Members to file objections and to then appear at the final approval hearing to argue any such objection.

      4.      This hearing date is too early because under the terms of the preliminary approval order, notice to the Class will not issue until 30 days after the preliminary approval order. Class Members will then have 60 days after the notice deadline to file objections. In other words, the objection deadline is 90 days after preliminary approval, while the current final approval hearing date is only 58 days after preliminary approval, and thus before the Objection Deadline.

5.  The current final approval hearing date is also too early for the Parties to be able to accurately report to the Court the final number of opt-outs, as the opt-out deadline is similarly 90 days after preliminary approval (or 60 days after the Notice Date).

6.  Given the other settlement deadlines, especially the objection and opt-out deadlines, and the due process concerns attendent with giving Class Members an adequate opportunity to exclude themselves or object from a class settlement, the Parties agree that the final approval hearing can not be set until after August 1, 2024.

7.  The Parties have met and conferred on possible dates, and propose any of the following dates to the Court (with the first two dates being Tuesdays, which may be the Court's day for hearings, given the current hearing date of May 28, 2024 is on a Tuesday):

   a.  Tuesday, August 6, 2024.

   b.  Tuesday, August 13, 2024

   c.  Monday, August 5, 2024

   d.  Monday, August 12, 2024

   e.  Monday, August 19, 2024

8.  Mindful of the Court's busy schedule, there is an urgent need to reset the final approval hearing date as quickly as possible, as the date of the final approval hearing must be transmitted to the Settlement Class on the notices of class settlement. The Notice Deadline in the preliminary approval order is only 30 days after the preliminary approval order, and the settlement administrator requires a certain amount of lead time to print the notices and prepare them for direct mailing to the Class. As a practical matter, if the final approval hearing date is not reset by April 15, 2024, the Parties will most likely need to return to the Court to amend the preliminary approval order to extend the Notice Deadline.

WHEREFORE, the parties respectfully request that the Court grant this motion, and reset the final approval hearing to one of the dates proposed above.

Dated: April 8, 2024                             Respectfully submitted,

                                            */s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
*gklinger@milberg.com*

Terence R. Coates (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
212 W. Spring Valley Road
Richardson, TX 75081
Ph: 405-235-1560
*wbf@federmanlaw.com*

*Counsel for Plaintiff and Class Counsel*


*/s/ Richard M. Dighello*
Richard M. Dighello, Esq.
**UPDIKE, KELLY & SPELLACY, PC**
Goodwin Square
225 Asylum Street, 20th Floor
Hartford, CT 06103-1516
Tel. 860-548-2600
Fax. 860-548-2680
*rdighello@uks.com*

3

Claudia D. McCarron (admitted *pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4787
Fax: (267) 930-4771
cmccarron@mullen.law

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                               */s/ Gary M. Klinger*
                                                               Gary M. Klinger