IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALLEN MOURE**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**DIALAMERICA MARKETING, INC.,**<br><br>Defendant. | Case No.: 3:22-cv-00625-OAW<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: May 3, 2022 |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiff Allen Moure and Class Representatives Daniel Blanco and Rafael Blanco, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement[1] that this Court preliminarily approved on October 26, 2022 (ECF No. 31):

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Allen Moure, Daniel Blanco, and Rafael Blanco as Class Representatives;

---

[1] Unless otherwise indicated, capitalized terms used in this Motion have the same meanings as in the Class Action Settlement Agreement and Release (the "Settlement Agreement").

3. Finally appoint Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC; Terence R. Coates of Markovits Stock DeMarco, LLC, and; William B. Federman of Federman & Sherwood, as Settlement Class Counsel;

4. Approve the requested combined attorneys' fees and costs in the amount of $600,000 to Settlement Class Counsel;

5. Finally approve the requested Service Awards of $2,000 to each Class Representative;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Judgment Approving Class Action Settlement ("[Proposed] Final Judgment") and terms of the Settlement Agreement; and

9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Judgment; and

10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

Defendant, DialAmerica Marketing, Inc., does not oppose the relief sought in this motion.

WHEREFORE, premises considered, Plaintiff requests that this Court grant this motion and grant Plaintiff's Motion for Attorneys' Fees.

DATED: August 5, 2024                         Respectfully submitted,

                                                  */s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Terence R. Coates (admitted *pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E Court St., Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700 / Fax: (513) 665-0219
tcoates@msdlegal.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Joseph P. Guglielmo (CT 27481)
Erin Green Comite (CT 24886) **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jguglielmo@scott-scott.com
ecomite@scott-scott.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                    */s/ Gary M. Klinger*
                                    Gary M. Klinger