# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLEN MOURE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>*Defendant*. | Case No. 3:22-CV-625 (OAW) |

**DECLARATION OF KATRINA R. ASHLEY RE: NOTICE AND ADMINISTRATION**

I, **KATRINA R. ASHLEY,** hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am a Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion was retained by the Parties and appointed by this Court to serve as Notice Specialist and Claims Administrator pursuant to the Court's *Ruling on Plaintiff's Motion for Preliminary Approval of Settlement* (Dkt. No. 48) (the "Order"). As Notice Specialist and Claims Administrator, Angeion is responsible for disseminating notice, effectuating the claims process, and performing other duties as specified by the Class Action Settlement Agreement ("Settlement Agreement").

3. Angeion is not related to or affiliated with the Plaintiff, Settlement Class Counsel, Defendant, or Counsel for Defendant.

4. The purpose of this Declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

## CAFA NOTICE

5.  On February 17, 2023, pursuant to 28 U.S.C. §1715, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A.**

## CLASS DATA

6.  On or about April 4, 2024, Defendant's Counsel provided Angeion with a data file containing 222,375 records with the names and mailing addresses of Settlement Class Members. The data file did not contain any Settlement Class Member emails. Angeion reviewed the data file and removed duplicative records, resulting in 221,135 unique records ("Class List")

## DIRECT NOTICE

**Mailed Notice**

7.  On May 1, 2024, Angeion caused the Postcard Notice ("Notice") to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to the 221,135 unique Class Members. A true and accurate copy of the Notice is attached hereto as **Exhibit B**.

8.  Prior to mailing, the Settlement Class Member mailing addresses were processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

9.  Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Notices that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, of the 47,628 Notices returned as undeliverable by the USPS, 40,963 were re-mailed to updated addresses. Ultimately, Angeion estimates that 96.98% of the 221,135 Class Members received direct notice of the proposed settlement.

## SETTLEMENT WEBSITE

10.     On May 1, 2024, Angeion activated a case-specific website, www.DialAmericaDataSettlement.com (the "Settlement Website"). The Settlement Website was designed to be user-friendly and make it easy for Settlement Class Members to view general information about this class action Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. Settlement Class Members are able to submit a Claim Form via the Settlement Website's secure online claim portal or download and print a Claim Form to be completed returned by mail. The Settlement Website also included a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@DialAmericaDataSettlement.com.

11.     As of the date of this declaration, the Settlement Website has received 15,873 website visits by 10,494 unique users totaling 29,280 pageviews.

## TOLL-FREE HOTLINE

12.     On May 1, 2024, Angeion activated the following toll-free number dedicated to this Settlement: 1-844-777-0861. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.

13.     As of the date of this declaration, Angeion has received 2,756 calls totaling 12,343 minutes.

## CLAIM FORMS

14.     The deadline for Settlement Class Members to submit a Claim Form is July 30, 2024. As of the date of this declaration, Angeion has received 4,636 Claim Form submissions. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity, review of supporting documentation submitted, and a review for duplicate submissions.

15.     Of the claim forms received, and subject to final audits and reviews more fully described in paragraph 14,

   a. 3,045 selected the credit monitoring and identity theft protection benefit;

   b. 3,534 seek lost hours totaling 17,009 hours, or $235,135 in settlement benefits;

   c. 405 purport to seek ordinary expense reimbursement in an amount totaling $286,382.60;

   d. 174 purport to seek extraordinary expense reimbursement in an amount totaling $405,081.50;

   e. 271 selected the California Subclass award, totaling $13,550.

Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

16. The deadline for Settlement Class Members to request exclusion from the Settlement was June 30, 2024. As of the date of this declaration, Angeion has received ten (10) timely exclusion requests and one late request for exclusion, postmarked on July 2, 2024. A list with the names of the individuals who submitted an exclusion request is attached hereto as **Exhibit C**.

17. The deadline for Settlement Class Members to object to the Settlement was June 30, 2024. As of the date of this declaration, Angeion has not received nor been made aware of any objections to the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Martinsville, Ohio this 22 day of July, 2024.

/s/ *Katrina R. Ashley*
KATRINA R. ASHLEY, Declarant

# EXHIBIT A



                                                              1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

February 17, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials


**Re: Notice of Class Action Settlement**
*Allen Moure v. DialAmerica Marketing, Inc.*

Dear Counsel or Official:

      Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

      **Case Name:**  *Allen Moure v. DialAmerica Marketing, Inc.*
      **Index Number:** 3:22-cv-00625-OAW
      **Jurisdiction:**  United States District Court, District of Connecticut
      **Date Settlement Filed with Court:**  February 8, 2023

      In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  *Class Action Complaint* filed with the Court on May 3, 2022.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  There are currently no hearings scheduled in this matter.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The proposed *Claim Form, Summary Notice, and Long Form Notice* filed with the Court on February 8, 2023.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:**  The *Class Action Settlement Agreement* filed with the Court on February 8, 2023.  The *Declaration of Terence R. Coates in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, Declaration of Gary Klinger in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement,* and the *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement*, filed with the Court on February 8, 2023, are also included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Class Action Settlement Agreement*, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 213,840 Class Members located throughout the United States. The estimated number of class member per state is included on the CD ROM. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Member submission of a claim form, but not to exceed $1,300,000.00.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# EXHIBIT B

DialAmerica Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**To all individuals whose Private Information was potentially accessed in the Data Incident that DialAmerica Marketing, Inc. disclosed in April of 2022, a proposed class action settlement may affect your rights.**

*A federal court has authorized this Notice.*

*This is <u>not</u> a solicitation from a lawyer.*

For more information on the proposed settlement, including how to submit a claim, exclude yourself, or submit an objection, please visit www.DialAmericaDataSettlement.com or call toll-free 1-844-777-0861.

«ScanString»
Postal Service: Please do not mark barcode.

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

A proposed Settlement has been reached in a class action lawsuit known as *Moure v. DialAmerica Marketing, Inc*, Case No. 3:22-cv-00625-OAW (D. Ct.). This lawsuit arises out of a data breach that was discovered by DialAmerica Marketing, Inc. ("DialAmerica or Defendant") on or about July 4, 2021 and announced on or around April 6, 2022 (the "Data Incident"). The information that may have been accessed in the Data Incident includes full names, addresses, Social Security numbers, employer-assigned identification numbers (collectively, called "PII"), and in some instances, personal health information ("PHI"). Defendant disagrees with Plaintiff's claims.

<u>WHO IS INCLUDED?</u> If you received Notice of this Settlement, the Claims Administrator has identified you as a Settlement Class Member and individual whose PII was potentially accessed as a result of the Data Incident.

<u>WHAT DOES THE SETTLEMENT PROVIDE?</u> Settlement Class Members can receive the following benefits from the Settlement: (1) up to $600 for documented out-of-pocket expenses, which includes reimbursement for up to five (5) hours of lost time spent dealing with the Data Incident ($15 per hour), and (2) for a Settlement Class Member who was the victim of actual documented identity theft reimbursement for extraordinary losses up to $6,000 for documented expenses. Defendant also agrees to update business practices and enhance security. Defendant will pay a $50 cash benefit to Settlement Class Members who resided in California between February 2, 2021 and July 9, 2021 and who submit a timely claim. These settlement benefits are subject to an aggregate cap as set forth in section 2.9 of the Settlement Agreement. Settlement Class Members may also claim 2-years of credit monitoring through IDX.

**The only way to receive benefits from the proposed Settlement is to file a claim.** Claim Forms may be submitted online or mailed to the Claims Administrator at: DialAmerica Claims Administrator, 1650 Arch St., Ste. 2210, Philadelphia, PA 19103. The deadline to file a claim is **July 30, 2024**.

<u>WHAT ARE YOUR OPTIONS?</u> **Do nothing.** You will not receive any benefits from the Settlement. You will be legally bound by decisions of the Court and you give up your right to sue the Defendant relating to the claims resolved by this Settlement. **Exclude Yourself.** If you do not want to be included in the Settlement, you must submit a written request to the Claims Administrator, Settlement Class Counsel, and Defendant's Counsel by **June 30, 2024**. You will keep your right to sue Defendant about the claims in this case, but you will not receive money. Detailed instructions on how to exclude yourself are found at www.DialAmericaDataSettlement.com. **Object/Comment**. You have the right to object to or comment on the Settlement and still get benefits. If you want to object to or tell the Court what you think about the Settlement, you must submit your objection/comment in writing by **June 30, 2024**. Detailed instructions on how to object or comment are found at www.DialAmericaDataSettlement.com**.**

The Court has scheduled a Final Fairness Hearing for the Settlement of this case on August 19, 2024 to consider: 1) whether to approve the Settlement; 2) any objections; 3) the requests for awards to the Settlement Class Representatives; and 4) the request for an award of attorneys' fees of up to $600,000 and class representative costs of $2,000 each. You may attend the Final Approval Hearing and ask to be heard by the Court, but you do not have to attend.

This is only a summary. For more information about the settlement and benefits, visit **www.DialAmericaDataSettlement.com**, or call **1-844-777-0861**.

# EXHIBIT C

Moure, et al. v. DialAmerica Marketing

Exclusion Report

As of 07/22/2024

| No. | FIRST NAME | LAST NAME |
|---|---|---|
| 1 | LETISHA | OSEARO |
| 2 | CARL | BORDA |
| 3 | AMY | DANIEL |
| 4 | MUNEER | UDDIN |
| 5 | EMONICA | DAMES |
| 6 | EDWARD | WEBBINAR (AKA – WEBB) |
| 7 | AMANDA | SCRIVANO |
| 8 | JACOB | FLENTKE |
| 9 | STEPHEN | JOHNSON |
| 10 | BENEDICTO | PEREZ |
| *11 | SANDRA | PATTERSON |

*Postmarked on July 2, 2024