## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **8/19/24**

**Moure**
Vs.
**DialAmerica Marketing, Inc.**

Start Time: **10:00 am**  End Time: **10:40 a.m.**
Recess (if more than ½ hr) ___ to ___
Total Time ___ hour(s) **40** minute(s)

Case #: **3:22-cv-00625-OAW**
Honorable Judge: **Omar A. Williams**
Deputy Clerk: **Frances Velez**
Counsel for Pla(s): **David Lietz & Anja Rusi**
Counsel for Dft(s): **Claudia D. McCarron**
Reporter/ECRO/Courtsmart: **Catherine Cullen**
Interpreter ___ Language ___
Hearing held: ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
|---|---|---|
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: ___ |

**MOTIONS**

■ Motion **#59 for Attorney Fees, Expenses....** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
■ Motion **#68 for Settlement; Final App of Class A** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ Status report due ___
☐ Hearing continued until ___ at ___

**NOTES**

**The court will issue a ruling on the docket.**

Rev. 3/21/24